UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH KARINA ESPIRITU COMPARAN (A-Number: 066-448-510),<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>Respondents. | No.  1:26-cv-01639-KES-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO PROVIDE PETITIONER WITH BOND HEARING, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 14 |

Petitioner Edith Karina Espiritu Comparan is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 20, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering respondents to provide petitioner with a bond hearing.  Doc. 14.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. The parties were advised that failure to file objections within the specified time may result in the waiver of rights.  *Id*. at 12.  To date, no objections have been filed, and the time for doing so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having

1

carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations issued on May 20, 2026, Doc. 14, are ADOPTED in full.

2. The petition for writ of habeas corpus, Doc. 1, is GRANTED on the construed prolonged detention due process claim.

3. Respondents are ORDERED to provide petitioner Edith Karina Espiritu Comparan (A-Number: 066-448-510) with a bond hearing before a neutral decisionmaker within fourteen (14) of the date of this Order. Respondents shall immediately provide petitioner with a copy of this Order and shall provide her with 48 hours' written notice before the bond hearing. The bond hearing shall comply with the requirements set forth in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011), and where "the government must prove by clear and convincing evidence that [petitioner] is a flight risk or a danger to the community to justify denial of bond," *id.* at 1203. In the event petitioner is "determined not to be a danger to the community and not to be so great a flight risk as to require detention without bond," the immigration judge should consider Petitioner's financial circumstances and alternative conditions of release. *Hernandez v. Sessions*, 872 F.3d 976, 1000 (9th Cir. 2017). If respondents do not provide petitioner with a bond hearing within fourteen days, respondents are ordered to release her.

4. The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated:   June 12, 2026

UNITED STATES DISTRICT JUDGE

2