# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH KARINA ESPIRITU COMPARAN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-01639-KES-SAB-HC<br><br>ORDER DENYING PETITIONER'S MOTION TO APPOINT COUNSEL<br><br>(ECF No. 18)<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE ORDER GRANTING PETITION AND JUDGMENT ON PETITIONER<br><br>ORDER DIRECTING RESPONDENTS TO PROVIDE STATUS REGARDING COMPLIANCE WITH ORDER TO PROVIDE PETITIONER WITH BOND HEARING |

Petitioner is an immigration detainee who proceeded pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 12, 2026, the Court granted the petition and ordered Respondents to provide Petitioner with a bond hearing before a neutral decisionmaker within fourteen days. (ECF No. 16.) On July 27, 2026, the Court received Petitioner's motion to appoint counsel, which states that Petitioner has not received an answer and she needs a lawyer to defend her case. (ECF No. 18.)

As the Court granted Petitioner's petition and the case is closed, the Court will deny Petitioner's motion to appoint counsel. However, it appears that Petitioner has not received the

Court's June 12, 2026 order and judgment, and it is unclear whether Petitioner has received a bond hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to appoint counsel (ECF No. 18) is DENIED.
2. The Clerk of Court is DIRECTED to re-serve the June 12, 2026 order and judgment (ECF Nos. 16, 17) on Petitioner.
3. Within seven (7) days of the date of service of this order, Respondents SHALL FILE a status update regarding compliance with the Court's June 12, 2026 order, and any supporting documentation.

IT IS SO ORDERED.

Dated: **September 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge